**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLON BOYD, for herself and as
Executor of the Estate of CAMMERIN
BOYD, deceased, et al.,

        Plaintiffs,

   v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

        Defendants

_____/

No. C-04-5459 MMC

**ORDER RE: STIPULATION FOR
ORDER DIRECTING PRODUCTION
OF CORONER'S FILE**

     The Court is in receipt of the parties' stipulation for an order allowing defendant City
and County of San Francisco to produce to plaintiffs all documents generated by the Office
of the Coroner for the City and County of San Francisco in connection with the Coroner's
examination of Cammerin Boyd.  The purpose of said stipulation, as set forth therein, is to
comply with California Code of Civil Procedure § 129.

     Pursuant to that statute, however, notice of a request for such order must be served
on the San Francisco District Attorney not less than five days before the order issues.  See
Cal. Code Civ. Proc. § 129.

     Accordingly, the Court will defer ruling on the stipulation until proof of such service
has been filed.

     **IT IS SO ORDERED.**

Dated: January 24, 2006

_____
MAXINE M. CHESNEY
United States District Judge