Paul L. Hoffman SBN 071244
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
 HARRIS & HOFFMAN LLP
723 Ocean Front Walk, Suite 100
Venice, California 90291-3270
Telephone: (310) 396-0731

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile:  (415) 285-8092

LAW OFFICES OF VICKI I. SARMIENTO
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171
Facsimile: (626) 308-1101

Attorneys for Estate of Cammerin K. Boyd

RECEIVED
06 JAN 19 PM 12: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL BOYD, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Cammy Boyd,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. C 04-5459 JL MMC<br><br>**STIPULATION TO OBTAIN ORDER RE: CORONER'S FILE FOR PLAINTIFF CAMMERIN BOYD;** [PROPOSED] **ORDER** |

WHEREAS, plaintiffs Marylon Boyd, et al., served defendant City and County of San Francisco with their First Set of Requests for the Production of

1

1  Documents;

2  WHEREAS, plaintiffs' document requests sought any and all documents, including photographs, audio recordings, videotapes, etc., generated by the Office of the Coroner for the City and County of San Francisco in connection with its examination of Cammerin Boyd;

6  WHEREAS, defendant objected to producing these documents on the grounds that producing some of these documents without Court order would violate *California Code of Civil Procedure § 129*;

9  WHEREAS, defendant has agreed to stipulate to a Court order which would allow defendant to produce all documents generated by the Office of the Coroner in connection with the Coroner's Examination of Cammerin Boyd.

13  IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

That this Court issue an order allowing defendant City and County of San Francisco to produce all documents generated by the Office of the Coroner for the City and County of San Francisco in connection with the Coroner's Examination of Cammerin Boyd.

Dated: January 7, 2006           SCHONBRUN DESIMONE SEPLOW
                                 HARRIS & HOFFMAN LLP

                                 By: _____
                                     Paul Hoffman
                                     Attorney for Plaintiffs

Dated: January __, 2006          Office of the City Attorney of San Francicso

                                 By: _____
                                     Blake Loebs
                                     Attorney for defendants

2

1  Documents;
2      WHEREAS, plaintiffs' document requests sought any and all documents,
3  including photographs, audio recordings, videotapes, etc., generated by the Office
4  of the Coroner for the City and County of San Francisco in connection with its
5  examination of Cammerin Boyd;
6      WHEREAS, defendant objected to producing these documents on the
7  grounds that producing some of these documents without Court order would
8  violate *California Code of Civil Procedure § 129*;
9      WHEREAS, defendant has agreed to stipulate to a Court order which would
10 allow defendant to produce all documents generated by the Office of the Coroner
11 in connection with the Coroner's Examination of Cammerin Boyd.
12
13     IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND
14 THROUGH THEIR COUNSEL OF RECORD:
15     That this Court issue an order allowing defendant City and County of San
16 Francisco to produce all documents generated by the Office of the Coroner for the
17 City and County of San Francisco in connection with the Coroner's Examination
18 of Cammerin Boyd.
19
20 Dated: January 7, 2006     SCHONBRUN DESIMONE SEPLOW
21                                       HARRIS & HOFFMAN LLP
22                                       By: _____
23                                       Paul Hoffman
                                      Attorney for Plaintiffs
24
25 Dated: January 11, 2006     Office of the City Attorney of San Francicso
26                                       By: _____
27                                       Blake Loebs
                                      Attorney for defendants
28

# [~~PROPOSED~~] ORDER

Good cause appearing, this Court hereby orders defendant City and County of San Francisco to produce any and all documents generated by the Office of the Coroner for the City and County of San Francisco in connection with the Coroner's Examination of Cammerin Boyd to plaintiffs.

**IT IS SO ORDERED.**

Hon. Maxine M. Chesney

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

    On **January 18, 2006,** I served the foregoing documents described as:

**STIPULATION TO OBTAIN ORDER RE: CORONER'S FILE FOR PLAINTIFF CAMMERIN BOYD; [PROPOSED] ORDER**

on all interested parties in this action by placing __ an original or _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

Blake Loebs
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

_X_      **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereon fully prepaid.

___      **[BY FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

___      **[BY PERSONAL DELIVERY]** I caused the foregoing document to be personally served on the interested party.

___      **[BY FAX]** I transmitted the above document to the above facsimile.

___      **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_      **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                /s/ Adrienne Primicias
                                                Adrienne Primicias