IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, deceased, et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants
                                     /

No. C-04-5459 MMC

**ORDER CONTINUING TRIAL AND PRETRIAL DATES**

Good cause appearing, and pursuant to stipulation of the parties, the Court hereby VACATES the current factual discovery, expert disclosure, expert discovery, and dispositive motion cutoff dates, as well as the date set for the pretrial conference and trial.

The parties' proposed new trial date is unavailable, however. Accordingly, the Court hereby adopts the following new trial and pretrial schedule:

| | |
|---|---|
| Non-expert discovery cutoff | January 15, 2007 |
| Initial expert disclosures | January 29, 2007 |
| Rebuttal expert disclosures | February 12, 2007 |
| Expert discovery cutoff | March 9, 2007 |
| Dispositive motion filing deadline | March 16, 2007 |
| Pretrial conference | May 22, 2007 at 3:00 p.m. |
| Trial | June 11, 2007 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: February 23, 2006

                                                 MAXINE M. CHESNEY
                                               United States District Judge