Paul L. Hoffman SBN 071244
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
 HARRIS & HOFFMAN LLP
723 Ocean Front Walk, Suite 100
Venice, California 90291-3270
Telephone: (310) 396-0731

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile:  (415) 285-8092

LAW OFFICES OF VICKI I. SARMIENTO
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171
Facsimile: (626) 308-1101

Attorneys for Estate of Cammerin K. Boyd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL BOYD, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Cammy Boyd,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 04-5459 JL<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO BIFURCATE TRIAL ON PLAINTIFFS' MONELL AND NEGLIGENT HIRING, SUPERVISION, RETENTION AND TRAINING CLAIMS AND TO STAY DISCOVERY; [PROPOSED] ORDER** |

1

1     WHEREAS, the current hearing date on defendants' motion to Bifurcate
2 Trial on Plaintiffs' *Monell* and Negligent Hiring, Supervision, Retention and
3 Training Claims and to Stay *Monell* and Negligent Hiring, Supervision, Retention
4 and Training Discovery is March 17, 2006, at 9:00 am.

5     WHEREAS, counsel for plaintiffs, Paul Hoffman, is now unable to attend
6 the hearing on March 17, 2006, because of medical issues;

7     WHEREAS, Michael Morrison, an associate at the same law firm as Mr.
8 Hoffman, has a prior conflict and cannot attend the hearing on that date as well;

9     WHEREAS, after conferring with Blake Loebs and Jill Gillen, counsel for
10 defendants, all parties are available on April 14, 2006 at 9:00 am to conduct the
11 hearing on defendants' motions;

12     WHEREAS, on April 14, 2006, the Court will already be hearing another
13 motion in this case filed by the District Attorney's Office to quash service of a
14 subpoena from plaintiffs.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND
2  THROUGH THEIR COUNSEL OF RECORD:
3      That the hearing on defendants' motion to Bifurcate Trial on Plaintiffs'
4  *Monell* and Negligent Hiring, Supervision, Retention and Training Claims and to
5  Stay *Monell* and Negligent Hiring, Supervision, Retention and Training Discovery
6  be moved from March 17, 2006 at 9:00 am to April 14, 2006, at 9:00 am.

8  Dated: March 13, 2006

          SCHONBRUN DESIMONE SEPLOW
          HARRIS & HOFFMAN LLP

10  By: _____
          Paul Hoffman
11            Attorney for Plaintiffs

13  Dated: March 13, 2006

          Office of the City Attorney of San Francisco

14  By: _____
          Jill Gillen
15            Attorney for defendants

18  [PROPOSED] ORDER

20      Good cause appearing, this Court hereby VACATES the March 17, 2006,
21  hearing date on defendants' motion to Bifurcate Trial on Plaintiffs' *Monell* and
22  Negligent Hiring, Supervision, Retention and Training Claims and to Stay *Monell*
23  and Negligent Hiring, Supervision, Retention and Training Discovery. The Court
24  hereby sets a new hearing date of April 14, 2006, at 9:00 am.
25  **IT IS SO ORDERED.**

26  Dated: March 13, 2006

          _____
27            Hon. Maxine M. Chesney