Paul L. Hoffman SBN 071244
Michael Morrison, SBN 205320
SCHONBRUN DESIMONE SEPLOW
　HARRIS & HOFFMAN LLP
723 Ocean Front Walk, Suite 100
Venice, California 90291-3270
Telephone: (310) 396-0731

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092

LAW OFFICES OF VICKI I. SARMIENTO
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171
Facsimile: (626) 308-1101

Attorneys for Estate of Cammerin K. Boyd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL BOYD, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Cammy Boyd,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | MMC<br>Case No. C 04-5459 JL<br><br>**STIPULATION TO CONTINUE HEARING ON THE SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE'S MOTION TO QUASH PLAINTIFF'S DUCES TECUM; [PROPOSED] ORDER** |

1

WHEREAS, the current hearing date on the San Francisco District Attorney's Office's Motion to Quash Plaintiff's Duces Tecum is April 7, 2006;

WHEREAS, counsel for plaintiffs, Paul Hoffman, was unaware that the Court had changed the hearing date that the District Attorney had set for its Motion to Quash;

WHEREAS, the District Attorney had set an April 14, 2006, hearing date for its Motion to Quash;

WHEREAS, all parties are available on May 5, 2006, at 9:30 am, to attend the hearing on the District Attorney's Motion to Quash;

WHEREAS, plaintiffs' Opposition Brief will be filed no later than April 14, 2006 and the District Attorney's Reply Brief will be filed no later than April 21, 2006.

IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

That the hearing on the San Francisco District Attorney's Office's Motion to Quash Plaintiff's Duces Tecum will be moved from April 7, 2006 at 9:30 am to May 5, 2006, at 9:30 am. Plaintiffs' Opposition Brief shall be filed no later than April 14, 2006. The District Attorney's Reply Brief shall be filed no later than April 21, 2006.

Dated: March 23, 2006      SCHONBRUN DESIMONE SEPLOW
                           HARRIS & HOFFMAN LLP

                           By: _____
                               Paul Hoffman
                               Attorney for Plaintiffs

Dated: March __, 2006      San Francisco District Attorney's Office


                           By: _____
                               Thomas J. Wallace

2

1 WHEREAS, the current hearing date on the San Francisco District
2 Attorney's Office's Motion to Quash Plaintiff's Duces Tecum is April 7, 2006;
3 WHEREAS, counsel for plaintiffs, Paul Hoffman, was unaware that the
4 Court had changed the hearing date that the District Attorney had set for its
5 Motion to Quash;
6 WHEREAS, the District Attorney had set an April 14, 2006, hearing date
7 for its Motion to Quash;
8 WHEREAS, all parties are available on May 5, 2006, at 9:30 am, to attend
9 the hearing on the District Attorney's Motion to Quash;
10 WHEREAS, plaintiffs' Opposition Brief will be filed no later than April 14,
11 2006 and the District Attorney's Reply Brief will be filed no later than April 21,
12 2006.
13 IT IS THEREFORE STIPULATED BETWEEN THE PARTIES BY AND
14 THROUGH THEIR COUNSEL OF RECORD:
15 That the hearing on the San Francisco District Attorney's Office's Motion
16 to Quash Plaintiff's Duces Tecum will be moved from April 7, 2006 at 9:30 am to
17 May 5, 2006, at 9:30 am. Plaintiffs' Opposition Brief shall be filed no later than
18 April 14, 2006. The District Attorney's Reply Brief shall be filed no later than
19 April 21, 2006.
20
21 Dated: March ___, 2006         SCHONBRUN DESIMONE SEPLOW
22                                HARRIS & HOFFMAN LLP
23                                By: _____
                                       Paul Hoffman
24                                     Attorney for Plaintiffs
25 Dated: March 22, 2006          San Francisco District Attorney's Office
26
27                                By: _____
28                                     Thomas J. Wallace

2

Dated: March 22, 2006

Office of the City Attorney of San Francisco

By: _____
Blake Loebs
Attorney for defendants

## [~~PROPOSED~~] ORDER

Good cause appearing, this Court hereby VACATES the April 7, 2006, hearing date on the San Francisco District Attorney's Office's Motion to Quash Plaintiff's Duces Tecum. The Court hereby sets a new hearing date of May 5, 2006, at 9:30 am. Plaintiffs' Opposition Brief shall be filed no later than April 14, 2006. The District Attorney's Reply Brief shall be filed no later than April 21, 2006.

**IT IS SO ORDERED.**

_____
Hon. Joseph C. Spero

3

| | | |
|---|---|---|
| 1 | Dated: March __, 2006 | Office of the City Attorney of San Francisco |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Blake Loebs<br>Attorney for defendants |

### [~~PROPOSED~~] ORDER

Good cause appearing, this Court hereby VACATES the April ~~7~~ 6, 2006, hearing date on the San Francisco District Attorney's Office's Motion to Quash Plaintiff's Duces Tecum. The Court hereby sets a new hearing date of May 5, 2006, at 9:30 am. Plaintiffs' Opposition Brief shall be filed no later than April 14, 2006. The District Attorney's Reply Brief shall be filed no later than April 21, 2006.

**IT IS SO ORDERED.**

Dated: March 23, 2006

_____
Judge Joseph C. Spero

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **March 22, 2006,** I served the foregoing documents described as:

**STIPULATION TO CONTINUE HEARING ON THE HEARING ON THE SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE'S MOTION TO QUASH PLAINTIFF'S DUCES TECUM; [PROPOSED] ORDER**

on all interested parties in this action by placing ___ an original or __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

Blake Loebs
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

Thomas J. Wallace
Assistant District Attorney
850 Bryant St., Rm. 322
San Francisco, CA 94103

__X__   **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereon fully prepaid.

____   **[BY FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

____   **[BY PERSONAL DELIVERY]** I caused the foregoing document to be personally served on the interested party.

____   **[BY FAX]** I transmitted the above document to the above facsimile.

____   **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__   **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jeff Chemerinsky

Proof of Service