UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD ET AL,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET. AL.,<br><br>      Defendant(s).<br>_____/ | No. C 04-5459 (JCS)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING AND CONTINUING HEARING TO MAY 26, 2006** |

The Court is in receipt of Plaintiffs' Joinder in California Department of Corrections and Rehabilitation's Motion to Quash or Modify Subpoena and for a Protective Order, filed May 5, 2006. Defendant City and County of San Francisco is requested to file a supplemental brief in response to the issues raised in Plaintiff's joinder by Friday, **May 12, 2006.** There will be no further briefing. In addition, the hearing on the CDC's motion to quash currently scheduled for **May 19, 2006** at 9:30 a.m. is continued to **May 26, 2006** at 9:30 a.m.

Dated: May 10, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge