```
1   LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo, State Bar No. 144074
2   21800 Burbank Boulevard, Suite 310
    Woodland Hills, California 91367
3   (818) 347-3333 - Telephone
    (818) 347-4118 - Facsimile
4
    Attorneys for Marylon Boyd, for herself and as Executor of the Estate of Cammerin K.
5   Boyd
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Cammy Boyd,<br><br>            Plaintiffs<br><br>    v.<br><br>CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. C 04-5459 MMC<br><br>**SUBSTITUTION OF ATTORNEY** |

    I, MARYLON BOYD, individually and as Executor of the Estate of Cammerin Boyd, hereby substitute attorney Dale K. Galipo, located at 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367, telephone number (818) 347-3333, as my attorney of record in the above-entitled case in place and instead of the attorneys Vicki I. Sarmiento, Paul L. Hoffman of Schonbrun Desimone Seplow Harris & Hoffman LLP and Dennis Cunningham.

///

    The following parties agree to the substitution.

                                      Substituting Party:

Dated: May __, 2006                 _____
                                          MARYLON BOYD

Dated: May __, 2006                 New Counsel of Record:

                                          _____
                                          DALE K. GALIPO, Attorney for
                                          Plaintiff MARYLON BOYD

Dated: _____                   Prior Counsel:

                                          LAW OFFICES OF VICKI I. SARMIENTO
                                          SCHONBRUN DESIMONE SEPLOW
                                          HARRIS & HOFFMAN LLP
                                          LAW OFFICES OF DENNIS CUNNINGHAM

                                          _____
                                          VICKI I. SARMIENTO

**IT IS SO ORDERED:**

Substitution of Attorney is hereby approved.

DATED: June 1, 2006                       */s/ Maxine M. Chesney*
                                          HONORABLE MAXINE CHESNEY