PETER J. HIRSIG (State Bar No. 197993)
SUZANNE FOLEY SPRAGUE (State Bar No. 213078)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268

Attorneys for
California Department of Corrections and Rehabilitation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD,<br><br>   Plaintiff,<br><br>   vs.<br><br>CCSF,<br><br>   Defendant. | Case No. C04-5459<br><br>**[PROPOSED]** PROTECTIVE ORDER |

GOOD CAUSE APPEARING, THE COURT ORDERS

All medical records sought in the subpoenas served on California Department of Corrections and Rehabilitation (CDCR) by Defendant City and County of San Francisco in the above-entitled matter and ordered by this Court to be produced by CDCR, except for records that contain communications between Cammerin Boyd and any licensed mental health care professional made in the course of seeking treatment, shall be designated Attorneys' and Experts Eyes Only. Issues regarding access to the courtroom shall be determined by the trial judge. It is further ordered that all documents produced by CDCR pursuant to this Court's order are to be used solely for the purposes of litigation in the above-entitled matter, and are to be destroyed ~~or~~ JCS ~~returned to the Court and kept under seal~~ at the conclusion of this litigation.

DATED: June 8, 2006 _____



United States _____ Judge

[PROPOSED] PROTECTIVE ORDER