KAMALA HARRIS
District Attorney
THOMAS J. WALLACE [SBN 220396]
Assistant District Attorney
880 Bryant St.
San Francisco, CA 94103
Telephone:
Facsimile:

Attorneys for Third Party
SAN FRANCISCO DISTRICT ATTORNEY'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et. al., | Case No. C 04-cv-5459 |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER REGARDING DOCUMENTS FROM OPEN AND INACTIVE HOMICIDE FILE. |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; et. al. | |
| Defendants. | |

The San Francisco District Attorney's Office ("SFDA"), pursuant to court order, will produce witness statements made to District Attorney Investigators to Boyd from the open and inactive Camerin Boyd homicide file of the San Francisco District Attorney's Office (Case #). SFDA believes that disclosure of these documents may jeopardize homicide investigations and /or put individuals in danger. Accordingly, SFDA and Boyd stipulate and agree that these statements will be produced subject to an "Attorneys' Eyes Only" protective order.

**STIPULATION:**

The parties stipulate to the following:

KAMALA HARRIS
DISTRICT ATTORNEY

Stipulation & ~~Proposed~~ Order
Boyd v. CCSF, et. Al.; Case No. 04-cv-5459

1

1. All Witness Statements produced by SFDA from Open and Inactive homicide files of the SFDA are subject to the following "For Attorneys' Eyes Only" Protective Order. All documents containing the names, locations, and other identifying information for witnesses who statements were obtained by the SFDA are also subject to the following "For Attorneys' Eyes Only" Protective Order. These documents will be referred to as the "Protected Documents." All protected documents produced are to be used for the purposes of this litigation only. Prior to receiving Protected Documents, counsel for the plaintiff in this case must execute this stipulation. Upon execution, counsel is designated as "Receiving Counsel." Receiving Counsel may not disclose or use the Protected Documents in this litigation absent a stipulation or court order, secured in advance, except as provided in paragraphs 2, 3, and 4.

2. Not withstanding the last sentence of paragraph 1, Receiving Counsel may disclose the Protected Documents to other attorneys and staff within their firm. Receiving Counsel may disclose Protected Documents to attorneys within their firm without notice or additional procedures. However, such attorneys are bound by this stipulation and order to the same extent as Receiving Counsel. Receiving Counsel may substitute another attorney within their firm to be Receiving Counsel. Such substitution may be made on three court days notice. If San Francisco objects to a substitution made pursuant to this paragraph, San Francisco may bring its objection before the court by letter.

3. Not withstanding the last sentence of paragraph 1, Receiving Counsel may disclose Protected Documents to any expert they retain in this litigation.

4. Not withstanding the last sentence of paragraph 1, Receiving Counsel or any other attorney at Receiving Counsel's firm may file Protected Documents with the Court, but only under seal. \*\*Parties to comply with Local Rule 79-5.\*\*

5. Any person other than the Receiving Counsel who receives a Protected Document must sign an agreement stating (1) they will use Protected Documents only for this litigation, (2) they will not disclose Protected Documents or the contents

JCS

KAMALA HARRIS
DISTRICT ATTORNEY

*Stipulation & Proposed Order*
*Boyd v. CCSF, et. Al.; Case No. 04-cv-5459*

2

thereof to anyone, (3) they will return all copies of Protected Documents to Receiving Counsel promptly upon the conclusion of this litigation. Receiving Counsel shall keep the originals of these agreements for two years post-conclusion of this matter.

6. When producing documents subject to this Protective Order, SFDA will label the documents "For Attorneys' Eyes Only." If SFDA inadvertently fails to mark any Protected Documents as "For Attorneys' Eyes Only," SFDA will substitute copies properly marked. Within 5 days of receipt of substitute copies, Receiving Counsel shall, at SFDA's option, destroy unmarked copies or make the unmarked copies available for San Francisco's retrieval at San Francisco's expense.

7. At the conclusion of this matter, Receiving Counsel will promptly return to SFDA all copies of the Protected Documents.

8. This Order, when entered by the Court, will be retroactive to the date of production.

Dated:

Respectfully submitted,

Dated: 6/7/06

Kamala D. Harris
SAN FRANCISCO DISTRICT ATTORNRY

Thomas J. Wallace
Assistant District Attorney

Dated:_____

Michael Morrison
Attorney for Plaintiffs
Marylon Boyd, et al.

KAMALA HARRIS
DISTRICT ATTORNEY

Stipulation & Proposed Order
Boyd v. CCSF, et. Al.; Case No. 04-cv-5459

3

thereof to anyone, (3) they will return all copies of Protected Documents to Receiving Counsel promptly upon the conclusion of this litigation. Receiving Counsel shall keep the originals of these agreements for two years post-conclusion of this matter.

6. When producing documents subject to this Protective Order, SFDA will label the documents "For Attorneys' Eyes Only." If SFDA inadvertently fails to mark any Protected Documents as "For Attorneys' Eyes Only," SFDA will substitute copies properly marked. Within 5 days of receipt of substitute copies, Receiving Counsel shall, at SFDA's option, destroy unmarked copies or make the unmarked copies available for San Francisco's retrieval at San Francisco's expense.

7. At the conclusion of this matter, Receiving Counsel will promptly return to SFDA all copies of the Protected Documents.

8. This Order, when entered by the Court, will be retroactive to the date of production.

Dated:

Respectfully submitted,

Dated:_____          Kamala D. Harris
                       SAN FRANCISCO DISTRICT ATTORNRY


                       _____
                       Thomas J. Wallace
                       Assistant District Attorney


Dated: June 8, 2006

                       _____
                       Michael Morrison
                       Attorney for Plaintiffs
                       Marylon Boyd, et al.

KAMALA HARRIS
DISTRICT ATTORNEY

Stipulation & Proposed Order
Boyd v. CCSF, et. Al.; Case No. 04-cv-5459

3

1

2  ORDER

3  IT IS SO ORDERED.

4

5  Dated: June 8, 2006



The Honorable Joseph C. Spero
United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

KAMALA HARRIS
DISTRICT ATTORNEY

*Stipulation & ~~Proposed~~ Order*
*Boyd v. CCSF, et. Al.; Case No. 04-cv-5459*

4

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 3 |   |
| 4 | I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291. |
| 5 |   |
| 6 | On **June 8, 2006,** I served the foregoing documents described as: |
| 7 | **STIPULATION AND PROPOSED PROTECTIVE ORDER REGARDING DOCUMENTS FROM OPEN AND INACTIVE HOMICIDE FILE** |
| 8 |   |
| 9 | on all interested parties in this action by placing __ an original or **X** a true copy thereof enclosed in sealed envelopes addressed as follows: |
| 10 |   |
| 11 | Blake Loebs                                        Thomas J. Wallace |
| 12 | Deputy City Attorney                        Assistant District Attorney |
|    | 1390 Market Street, 6th Floor          850 Bryant St., Rm 322 |
| 13 | San Francisco, CA 94102                 San Francisco, CA 94103 |
| 14 |   |
| 15 | **X**       **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereon fully prepaid. |
| 16 |   |
| 17 | ___      **[BY FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California. |
| 18 |   |
| 19 | ___      **[BY PERSONAL DELIVERY]** I caused the foregoing document to be personally served on the interested party. |
| 20 |   |
| 21 | ___      **[BY FAX]** I transmitted the above document to the above facsimile. |
| 22 | ___      **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 23 |   |
| 24 | **X**       **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 25 |   |
| 26 |   |
| 27 | Adrienne Primicias |
| 28 |   |

Proof of Service