1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 BLAKE P. LOEBS, State Bar #145790
SCOTT D. WIENER, State Bar #189266
4 Deputy City Attorneys
1390 Market Street, 6th Floor
5 San Francisco, California 94102-5408
Telephone: (415) 554-3868
6 Facsimile: (415) 554-3837

7 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. 04-5459 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO COMPEL TAKANIKA HOGAN TO ATTEND HER DEPOSITION |

After proper notice to all parties and Takanika Hogan, Defendants' motion for contempt came on regularly for hearing before the Honorable Joseph C. Spero, United States Magistrate Judge, United States District Court, 450 Golden Gate Avenue, San Francisco California. Deputy City Attorney Blake Loebs appeared on behalf of Defendants, the moving parties. No one appeared on behalf of Plaintiffs or Ms. Hogan. This Court construed this motion as an application for an order

Protective Order
CASE NO. 04-5459

1

n:\lit\li2005\041651\00381239.doc

1  compelling Ms. Hogan to attend her deposition. After consideration of all papers filed for this
2  motion, the pleadings in this case and oral argument, the Court orders as follows:
3      **ORDER:** Takanika Hogan is hereby ordered by this Court to attend her deposition in the
4  above-referenced matter. Ms. Hogan is ordered by this Court to attend her deposition on or before
5  June 28, 2006 at 10:00 a.m. at the offices of the San Francisco City Attorney, 1390 Market Street,
6  Suite 600, San Francisco California. In the alternative, subject to advance agreement by Defendants
7  and Ms. Hogan, Ms. Hogan's deposition may take place in ~~this courtroom~~ Courtroom A, 450 Golden Gate Ave., on June 28, 2006 at 10:00
8  a.m.
9      **IT IS FURTHER ORDERED THAT:** Should Ms. Hogan fail to attend her deposition as
10 ordered by this Court, Defendants may apply for certification by this Court for findings of contempt
11 against Ms. Hogan. Should Ms. Hogan be held in contempt, she could face civil and/or criminal
12 penalties.

14 DATED: June 13, 2006

By: _____
HON. [signature: Judge Joseph C. Spero]
United States Magistrate Judge

Protective Order
CASE NO. 04-5459

2

n:\lit\li2005\041651\00381239.doc