1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | BLAKE P. LOEBS, State Bar #145790
SCOTT D. WIENER, State Bar #189266
4 | Deputy City Attorneys
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-3868
6 | Facsimile: (415) 554-3837

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd, | Case No. 04-5459 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO COMPEL JOE SANTIAGO CAMPOS TO ATTEND HIS DEPOSITION |
|---|---|
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive, | |
| Defendants. | |

After proper notice to all parties and Joe Santiago Campos, Defendants' motion for contempt came on regularly for hearing before the Honorable Joseph C. Spero, United States Magistrate Judge, United States District Court, 450 Golden Gate Avenue, San Francisco California. Deputy City Attorney Blake Loebs appeared on behalf of Defendants, the moving parties. No one appeared on behalf of Plaintiffs or Joe Santiago Campos. This Court construed this motion as an application for

Protective Order
CASE NO. 04-5459

1

n:\lit\li2005\041651\00381550.doc

1  an order compelling Joe Santiago Campos to attend his deposition.  After consideration of all papers

2  filed for this motion, the pleadings in this case and oral argument, the Court orders as follows:

3      **ORDER:**  Joe Santiago Campos is hereby ordered by this Court to attend his deposition in the

4  above-referenced matter.  Mr. Campos is ordered by this Court to attend his deposition on or before

5  June 26, 2006 at 10:00 a.m. at the offices of the San Francisco City Attorney, 1390 Market Street,

6  Suite 600, San Francisco California.  In the alternative, subject to advance agreement by Defendants

7  and Mr. Campos, Mr. Campos' deposition may take place in ~~this courtroom~~ Courtroom A, 450 Golden Gate Ave., on June 26, 2006 at 10:00

8  a.m.

9      **IT IS FURTHER ORDERED THAT:**  Should Mr. Campos fail to attend his deposition as

10  ordered by this Court, Defendants may apply for certification by this Court for findings of contempt

11  against Mr. Campos.  Should Mr. Campos be held in contempt, he could face civil and/or criminal

12  penalties.

13  DATED:  June 13, 2006

14  By: _____
    HON. 
15  United States Magistrate Judge

Protective Order
CASE NO. 04-5459

2

n:\lit\li2005\041651\00381550.doc