1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-3868
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd, | Case No. 04-5459 MMC

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEAIRIES JEFFERSON TO ATTEND HIS DEPOSITION AND TO ANSWER QUESTION TO WHICH HE PREVIOULSLY REFUSED BASED ON A CLAIM OF FIFTH AMENDMENT PRIVILDGE

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,

Defendants.

        After proper notice to all parties, DeAaries Jefferson and his attorney of record, Defendants' motion for contempt came on regularly for hearing before the Honorable Joseph C. Spero, United States Magistrate Judge, United States District Court, 450 Golden Gate Avenue, San Francisco California. Deputy City Attorney Blake Loebs appeared on behalf of Defendants, the moving parties. No one appeared on behalf of Plaintiffs or Mr. Jefferson. This Court construed this motion as an application for an order compelling Mr. Jefferson to attend his deposition and answer questions

Proposed Order                                  1                    n:\lit\li2005\041651\00381318.doc
CASE NO. 04-5459

Case 3:04-cv-05459-MMC   Document 107   Filed 06/12/2006   Page 2 of 2

1  previously possed to which he refused to answer based on the Fifth Amendment. After consideration
2  of all papers filed for this motion, the pleadings in this case and oral argument, the Court orders as
3  follows:

*[handwritten: no There has been no showing that any of the questions asked at Mr. Jefferson's deposition may tend to incriminate him, and further finds that]*

4  **FINDING:** The Court hereby finds that to the extent DeAaires Jefferson may have had any
5  Fifth Amendment privlege against self incrimination as to any question posed to him at his deposition
6  of March 3, 2006 pertaining to the above-referanced matter, Mr. Jefferson has waived that claim of
7  privildge as to those questions and any follow-up questions based on his failure to provide any basis
8  for his assertion of that privildge pursuant to Defendants' motion for contempt / to compel.

9  **ORDER:** DeAaires Jefferson is hereby ~~or~~ ordered by this Court to attend his deposition in
10 the above-referenced matter and answer each question to which he previoulsy refused to answer
11 based on his assertion of the Fifth Amendment and any follow-up questions. Mr. Jefferson is ordered
12 by this Court to attend his deposition on or before June 27, 2006 at 10:00 a.m. at the offices of the
13 San Francisco City Attorney, 1390 Market Street, Suite 600, San Francisco California. If Mr.
14 Jefferson is unable to attend the deposition at that location due to his incarceration, he is to attend the
15 deposition on or before the above time at the location of his incarceration.

16 **IT IS FURTHER ORDERED THAT:** Should Mr. Jefferson fail to attend his deposition as
17 ordered by this Court or fail to answer the questions that were previoiusly possed at his previous
18 deposition to which he asserted a Fifth Amendment priviledge and any follow-up questions,
19 Defendants may apply for certification by this Court for findings of contempt against Mr. Jefferson.
20 Should Mr. Jefferson be held in contempt, he could face civil and /or criminal penalties.

22 DATED: June 13, 2006



By: _____
HON. ____
United ____ Judge Joseph C. Spero ____ Magistrate Judge