IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOYD,

    Plaintiff(s),

vs.

CCSF,

    Defendant(s).

No. C-04-5459 MEJ

**ORDER GRANTING DEFENDANTS' REQUEST TO EXCUSE FIVE INDIVIDUAL POLICE OFFICERS FROM THE JULY 19, 2006, SETTLEMENT CONFERENCE**

    The Court is in receipt of Defendants' letter dated July 12, 2006, requesting that Police Officers Elieff, Kane, O'Malley, and Stearns, as well as the San Francisco Chief of Police, Heather Fong, be excused from personally attending the July 19, 2006, settlement conference. Good Cause appearing, the Court hereby GRANTS Defendants' request.

    **IT IS SO ORDERED.**

Dated: July 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge