**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6   MARYLON BOYD, ET AL,                    Case No. C04-05459 MMC (JCS)

7              Plaintiff(s),

8        v.                                 **ORDER GRANTING IN PART
                                            PLAINTIFFS' MOTION FOR
                                            PROTECTIVE ORDER RE: THE**
9   CITY AND COUNTY OF SAN FRANCISCO        **DEPOSITION OF THE MINOR**
    ET. AL.,                                **PLAINTIFFS KANANI BOYD AND**
10                                          **ISABEL GONZALEZ [Docket No. 112]**

11             Defendant(s).
    _____/
12

13        On June 28, 2006, Plaintiff's filed a Motion for Protective Order Re: The Deposition of the

14  Minor Plaintiffs Kanani Boyd and Isabel Gonzalez (the "Motion").

15        On August 4, 2006, the Motion came on for hearing.  Dennis Cunningham, counsel for

16  Plaintiff, appeared.  Scott D Wiener, counsel for the Defendants, appeared.

17        For reasons stated on the record, and good cause shown,

18        IT IS HEREBY ORDERED that the Motion is GRANTED in part.  Defendant may apply for

19  permission to take the depositions by motion noticed for hearing not earlier than sixty (60) days

20  before the close of fact discovery.

21        IT IS SO ORDERED.

22

23  Dated:  August 8, 2006

24                                          _____
                                            JOSEPH C. SPERO
25                                          United States Magistrate Judge

26

27

28