**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, ET AL., | Case No. C-04-05459 MMC (JCS) |
| Plaintiff(s), | **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR CERTIFICATION OF CONTEMPT FINDINGS AGAINST JOE SANTIAGO CAMPOS [Docket No. 118]; AND DENYING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO ATTEND PSYCHOLOGICAL EVALUATIONS [Docket No. 125]** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendant(s). | |

On July 31, 2006, Defendants filed a Motion for Certification for Contempt Findings Against Joe Santiago Campos[1] (the "Renewed Motion to Compel"), and on August 4, 2006, Defendants filed a Motion to Compel Plaintiffs to Attend Psychological Evaluations (the "Motion for Evaluation").

The Motions came on for hearing on September 8, 2006. Dennis Cunningham, counsel for Plaintiffs, appeared. Blake Loebs and Scott Wiener, counsel for Defendants, appeared.

IT IS HEREBY ORDERED THAT the Motion for Evaluation is DENIED. The parties entered into a binding stipulation that all Plaintiffs will not present, on motions or at trial, any expert witness opinions or testimony on the emotional distress, psychological or mental injury of any Plaintiff, and will not present any testimony or other evidence regarding any mental health or emotional counseling or treatment of any of the Plaintiffs.

IT IS HEREBY FURTHER ORDERED THAT the Renewed Motion to Compel is DENIED without prejudice. The parties stipulated, and the Court ORDERS, that Marylon Boyd shall have no

---

[1] At the hearing on September 8, 2006, the Court construed Defendants' Motion for Certification for Contempt Findings Against Joe Santiago Campos as a Renewed Motion to Compel the Deposition of Joe Santiago Campos.

1   contact with any percipient witnesses to the events of May 5, 2005, that underlie this action.

2   Counsel shall meet and confer to exchange lists of such percipient witnesses and, if the parties

3   cannot agree on a list, they will submit competing lists to Magistrate Judge Spero for a final

4   decision.

5           IT IS SO ORDERED.

6

7   Dated:  September 11, 2006

8                                                    _____
                                                     JOSEPH C. SPERO
9                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

2