**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, ET AL, | Case No. C04-05459 MMC ( JCS) |
| Plaintiff(s), | |
| v. | **ORDER FOR DEFENDANTS TO HAVE ACCESS TO SEALED TRANSCRIPT OF THE SEPTEMBER 8, 2006 PROCEEDINGS** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that counsel for Defendants may have access to the sealed transcript of proceedings of September 8, 2006, held before Magistrate Judge Joseph C. Spero.

IT IS SO ORDERED.

Dated: September 12, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge