1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-3868
6  Facsimile:   (415) 554-3837

7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO

9

10                    UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd, | Case No. 04-5459 MMC |
|---|---|
| Plaintiffs, | **ORDER DIRECTING PLAINTIFF, MARYLON BOYD TO STAY AWAY FROM PERCIPIENT WITNESSES TO THE EVENTS OF MAY 5, 2006** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive, | |
| Defendants. | |

         Pursuant to the Court's ruling on September 8, 2006, Plaintiff Marylon Boyd shall be
prohibited from having any contact with any of the individuals listed below, or any of their family
members, for the duration of this litigation.  Mrs. Boyd shall also be prohibited from encouraging,
eliciting, soliciting, requesting or otherwise causing any individual who is not an attorney or private
investigator to contact any of these witnesses or their family members for the duration of this

List of Witnesses not to be Contacted by Plaintiff; CASE       1                    n:\lit\li2005\041651\00399161.doc
NO. 04-5459

litigation. Should any of these individuals contact Mrs. Boyd of their own accord, she may only inform them that she has been ordered by the Court not to have any contact with them and to provide them with the name and contact information of her attorneys. She is to say nothing else. She is not to even ask for their address, telephone number(s) or any other contact information. Should Mrs. Boyd violate this order, she may be subject to civil and criminal penalties for, including but not limited to, contempt of court. The individual, and their family members, to whom this order applies are as follows:

1. Antoinette Allen
2. Beba Barros
3. Belinda Gayla Davies
4. Brandon Johnson
5. Brandy Slovhon Fontenot
6. Dominica Johnson
7. Selena Lindsey
8. Tanya Fowler
9. Shavon Gibson
10. Charlisse Lloyd
11. Ciara Mackey
12. David Alfaro
13. DeAries Jefferson
14. Dennis Williams
15. Taeska Mayo
16. Sandra Starks
17. Fatimi Wilson
18. Dennis Williams
19. Ernestine Mabry
20. Jonathan Brown
21. Gregory Keen

| | | |
|---|---|---|
| 22. | Joe Campos |
| 23. | Rosalia Santiago |
| 24. | lisa Marie Lyman-Lewis |
| 25. | Michael Matlock |
| 26. | Myron Edwards |
| 27. | Natasha Kauffold-Gatto |
| 28. | Norma Dove |
| 29. | Omar Ward |
| 30. | Otis Harris |
| 31. | P.J. Jamison |
| 32. | Sharon Norris |
| 33. | Satia Norris |
| 34. | Mario L. Rogers |
| 35. | Malkia George |
| 36. | Angela Washington |
| 37. | Latasha Jackson |
| 38. | Michelle Cranshaw |
| 39. | Tatanika Hogan |
| 40. | Terrell Rochelle |
| 41. | Tiffany Williams |
| 42. | Victor Daniels |
| 43. | Vitaliy Khalafyan |
| 44. | Yves Bishop |
| 45. | Zalia Sanchez |

This list contains the names of the individuals whom the parties believe at this time may have been percipient witnesses to the events pertaining to this litigation that occurred on May 5, 2004. Should any party become aware of any individuals who may have been percipient witnesses to any of

1 those events who is not on this list, Mrs. Boyd is ordered to refrain from having any contact with
2 those individuals as well and the parties should seek to add the names of those individuals to this list
3 as soon as is practical.

Approved as to form:

Dated: _____

LAW OFFICES OF DALE K. GALIPO

By:_____
Dale K. Galipo, Esq.

Attorneys for Plaintiffs

Dated: October 16, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
SCOTT D. WIENER
Deputy City Attorneys

By: /s/Blake P. Loebs
BLAKE P. LOEBS

Attorneys for Defendants
City And County Of San Francisco

IT IS HEREBY ORDERED:

Dated: 10/19/06

_____
HON. JOSEPH C. SPERO
UNITED STATES MAJISTRATE JUDGE