```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
6  Facsimile:    (415) 554-3837


   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. 04-5459 MMC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO DEFENDANTS' MOTION IN LIMINE TO ALLOW THE TAPE RECORDED STATEMENT OF WITNESS JOE CAMPOS TO BE ADMITTED INTO EVIDENCE<br><br><br>Trial Date:    June 11, 2006 |

[Proposed] ORDER

The administrative motion to file documents under seal is GRANTED.  Defendants may file the following items under seal:

1. Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence; and

2. Declaration of Blake P. Loebs in Support of Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence.

3. Declaration of Joanne Hoeper in Support of Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence.

4. Declaration of Scott Wiener in Support of Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence.

5. Declaration of Yvonne Mere in Support of Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence.

6. Notice of Motion in Support of Defendants' Motion In Limine To Allow The Tape Recorded Statement Of Witness Joe Campos To Be Admitted Into Evidence.

7. Proposed Order in Support of Defendants' Motion in Limine to Allow the Tape Recorded Statement of Witness Joe Campos to be Admitted into Evidence.

The basis for requesting this motion and all supporting documents under seal is that central to this motion is a 9/8/06 hearing before Judge Spero, which he ordered sealed, and many of the supporting documents contain private information pertaining to witness names and addresses.

Defendants respectfully request that the Court grant their Administrative Motion.

IT IS SO ORDERED.

Dated: October 30, 2006

By: /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Judge