LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
dalekgalipo@yahoo.com

Attorneys for Marylon Boyd, Individually,
and as Executor of the Estate of Cammerin K. Boyd

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:  CV 04-5459-MMC<br><br>**STIPULATION TO ALLOW AMENDMENT TO PLAINTIFFS' COMPLAINT TO ADD AN EIGHTH CAUSE OF ACTION FOR BATTERY** |

**IT IS HEREBY STIPULATED** by and between the plaintiffs through their respective attorneys of record and defendants through their respective attorneys of record, that the plaintiffs be allowed to amend the complaint by adding an eighth cause of action for battery. A proposed first amended complaint with the proposed eighth cause of action for battery was sent to attorney Blake P. Loebs on October 27, 2006, and is attached hereto as Exhibit "1."

///

The parties request that the Court accept the plaintiffs' proposed first amended complaint for filing.  The parties are further agreeable that the defendants' answer to the plaintiffs' original complaint can be deemed the answer to the plaintiffs' first amended complaint.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                            LAW OFFICES OF DALE K. GALIPO

DATE:  November 10, 2006                    /S/
                                              DALE K. GALIPO
                                              Attorneys for Plaintiff MARYLON BOYD,
                                              Individually, and as Executor of the Estate of
                                              CAMMERIN BOYD

                                            LAW OFFICES OF VICKI I. SARMIENTO

DATE:  November 12, 2006                    /S/
                                              VICKI I. SARMIENTO
                                              Attorneys for Plaintiffs ISABEL GONZALEZ, a
                                              minor by and through her Guardian Ad Litem, Isela
                                              Gonzalez, and KANANI BOYD, a minor by and
                                              through her Guardian Ad Litem, Kamilah Boyd


                                            DENNIS J. HERERA, City Attorney
                                            JOANNE HOEPER, Chief Trial Attorney
                                            BLAKE P. LOEBS, Deputy City Attorney

DATE:  November 9, 2006                      /S/
                                              BLAKE P. LOEBS
                                            Attorneys for Defendants City and County of
                                            San Francisco, et. al.

**IT IS SO ORDERED:**

That plaintiffs be granted leave to amend the complaint by adding an eighth cause of action for battery, and ~~allow the filing of the plaintiffs'~~ that plaintiffs shall electronically file their first amended complaint with the Court.  Further, that the defendants' answer to the original complaint will be deemed by the Court to be the answer to the plaintiffs' first amended complaint.  This order terminates Docket No. 166.

DATED: _November 20, 2006_____       _____
                                                                        HONORABLE MAXINE CHESNEY