UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, ET AL., | Case No. C-04-05459 MMC (JCS) |
| Plaintiff(s), | **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE DEPOSITIONS OF PLAINTIFFS KANANI BOYD AND ISABEL GONZALEZ [Docket No. 152]** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendant(s). | |

On October 26, 2006, Defendants filed a Motion to Compel the Depositions of Plaintiffs Kanani Boyd and Isabel Gonzalez (the "Motion").

On December 1, 2006, the Motion came on for hearing. Dennis Cunningham, counsel for Plaintiffs, appeared. Scott D. Weiner, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. The depositions shall occur during the month of April 2007. The parties shall meet-and-confer to negotiate the parameters of the depositions and submit a proposed stipulation to the Court.

IT IS SO ORDERED.

Dated: December 5, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge