1  LAW OFFICES OF VICKI I. SARMIENTO
   VICKI I. SARMIENTO, SBN 134047
2  333 North Garfield Avenue
   Alhambra, California 91801
3  Telephone: (626) 308-1171

4
   SCHONBRUN, DeSIMONE, SEPLOW,
5  HARRIS & HOFFMAN
   PAUL HOFFMAN, SBN 71244
6  MICHAEL MORRISON, SBN 205320
   723 Ocean Front Walk
7  Venice, California 90291
   Telephone: (310) 396-0731
8

9  Attorneys for ISABEL GONZALEZ, and KANANI BOYD, Minors

10 LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, SBN 144074
11 21800 Burbank Blvd., Suite 310
   Woodland Hills, California 91367
12 Telephone: (818) 347-3333

13
14 Attorney for MARYLON BOYD

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 04-5459 MMC<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF, INITIAL EXPERT AND REBUTTAL DISCLOSURE DATES; [PROPOSED] ORDER]** |

- 1 –

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF…**
Boyd v. City and County of San Francisco, et al.

*WHEREAS,* pursuant to the Court's scheduling order, discovery cut-off is presently scheduled for January 15, 2007, with initial expert disclosure scheduled for January 29, 2007, and rebuttal expert disclosure scheduled for February 12, 2007.

*WHEREAS,* the parties stipulate to a short continuance of discovery cut-off to February 27, 2007, to complete pending depositions only (not for written discovery), and continuance of expert disclosures and reports to March 22, 2007, and rebuttal expert exchange to April 12, 2007.

*WHEREAS,* the parties have encountered difficulty getting some witnesses to appear at depositions and there are pending depositions that have not taken place due to this problem coupled with scheduling problems which the parties attempted to resolve but are unable to accomplish prior to the present cutoff date.  The pending depositions yet to be completed are those depositions that were noticed prior to the present cutoff.

*WHEREAS,* the completion of the pending depositions is necessary prior to completing expert disclosure as the experts will likely rely on the depositions yet to be completed.

*WHEREAS,* the present dispositive motion cutoff will not be affected, and counsel for defendants agree to file dispotive motions on March 15, 2007, and no earlier than this date.

///

///

///

- 2 –

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF...**
Boyd  v. City and County of San Francisco, et al.

1  *WHEREAS,* the requested continuance will not disturb the pretrial conference and trial

2  dates as presently set by the Court, and is in the interest of justice to all parties.

5  **IT IS SO STIPULATED:**

**LAW OFFICES OF VICKI I. SARMIENTO**

9  DATED:  January 10, 2007        By:____/s/_____
                                      VICKI I. SARMIENTO
                                      Attorney for Plaintiffs Isabel Gonzalez and
                                      Kanani Boyd, minors

**LAW OFFICES OF DALE K. GALIPO**

15  DATED: January 10, 2007         By:____/s/_____
                                      DALE K. GALIPO
                                      Attorney for Plaintiff Marylon Boyd

**DENNIS J. HERRERA**
**City Attorney**
**JOANNE HOEPER**
**Chief Trial Deputy**
**BLAKE P. LOEBS**
**SCOTT D. WIENER**
**Deputy City Attorneys**

25  DATED:  January 10, 2007        By:__/s/_____
                                      BLAKE P. LOEBS
                                      Attorneys for all Defendants

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF…**
Boyd  v. City and County of San Francisco, et al.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Discovery cut-off is continued to February 27, 2007.  Initial expert disclosure and exchange of expert reports is continued to March 22, 2007, and rebuttal expert exchange is continued to April 12, 2007.

**DATED**:  January 11, 2007

_____
**HONORABLE MAXINE CHESNEY**

- 4 –

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF…**
Boyd v. City and County of San Francisco, et al.