1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | BLAKE P. LOEBS, State Bar #145790
SCOTT D. WIENER, State Bar #189266
4 | JILL GILLEN, State Bar #203471
Deputy City Attorneys
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:   (415) 554-3868
Facsimile:    (415) 554-3837
7
Attorneys for Defendants
8 | CITY AND COUNTY OF SAN FRANCISCO

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>   Defendants. | Case No. 04-5459 MMC (JCS)<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANTS TO BRING AUDIO EQUIPMENT TO THE COURTROOM<br><br>Trial Date:   June 11, 2007 |

~~PROPOSED~~ ORDER TO ALLOW AUDIO EQUIPMENT      1      N:\LIT\LI2006\041651\00005913.DOC
Boyd v. CCSF – USDC No. C 04-5459 MMC

## ORDER

WHEREAS THE DEPOSITION OF WITNESS **JOE CAMPOS** IS SCHEDULED TO BEGIN ON FEBRUARY 2, 2007 AT 10:00 A.M., THE COURT ORDERS AS FOLLOWS:

Defendants in this matter may bring to Judge Joseph C. Speros' ~~chambers, Courtroom A~~, Attorney/Witness Conf. Room 15th Floor, audio equipment for use during the deposition of Joe Campos, including but not limited to tape cassette players/recorders. The following counsel—and their staff—may bring the equipment noted:

> Deputy City Attorney Blake Loebs
> Deputy City Attorney Scott Weiner
> San Francisco City Attorney's Office
> Fox Plaza
> 1390 Market Street, 6th Floor
> San Francisco, California 94102-5408
> Telephone:   (415) 554-3868
> Attorneys for Defendants City and County of San Francisco, et al.

DATED: January 31, 2007

THE HONORABLE J

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*