1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  JILL GILLEN, State Bar #203471
   Deputy City Attorneys
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3868
   Facsimile:    (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. 04-5459 MMC (JCS)<br><br>[~~PROPOSED~~] ORDER ALLOWING AUDIO/VIDEO EQUIPMENT IN THE COURTROOM<br><br>Trial Date:   June 11, 2007 |
|---|---|

~~PROPOSED~~ ORDER TO ALLOW AUDIO/VIDEO EQUIPMENT Boyd v. CCSF – USDC No. C 04-5459

1

N:\LIT\LI2006\041651\00006132.DOC

# **ORDER**

WHEREAS THE DEPOSITION OF WITNESS **JOE CAMPOS** IS SCHEDULED TO BEGIN ON FEBRUARY 2, 2007 AT 10:00 A.M., THE COURT ORDERS AS FOLLOWS:

Defendants in this matter have hired Bonnie Wagner Court Reporting Services ("Court Reporter") to transcribe the deposition of Joe Campos and Mike Tunick Video ("Videographer") to videotape the deposition of Joe Campos. The Court Reporter and Videographer will bring to Judge Joseph C. Speros' Attorney/Witness Conference Room, 15th Floor, various recording equipment for use during the deposition of Joe Campos, including but not limited to audio, video and transcribing equipment. The following individuals may bring the equipment noted:

>Mike Tunick Video
>6585 Commerce Blvd., Suite 132
>Rohnert Park, CA  94928
>
>Bonnie Wagner Court Reporters
>41 Sutter Street, #1605
>San Francisco, CA  94104

DATED: February 2, 2007



THE HON. _____ SPEROS

PROPOSED ORDER TO ALLOW AUDIO/VIDEO EQUIPMENT Boyd v. CCSF – USDC No. C 04-5459

2

N:\LIT\LI2006\041651\00006132.DOC