IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al., | No. C-04-5459 MMC |
| Plaintiffs, | **ORDER DENYING STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation to continue the pretrial deadlines with respect to expert disclosure, rebuttal expert disclosure, and close of expert discovery to April 4, 2007, April 26, 2007, and May 18, 2007, respectively.

The parties fail, however, to set forth with sufficient particularity the need for any such extension, nor do they address the effect of such extensions on the orderly conduct of the pretrial conference, which is scheduled to be held May 22, 2007, only four days after the parties' proposed deadline to complete expert discovery.

Accordingly, the stipulation is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 14, 2007

MAXINE M. CHESNEY
United States District Judge