1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4283
   Facsimile:      (415) 554-3837
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  MARYLON BOYD, individually and as          Case No. 04-5459 MMC
    Executor of the Estate of CAMMERIN
12  BOYD, deceased, ISABEL GONZALEZ,           **STIPULATION TO CONTINUE**
    a minor by and through her Guardian Ad     **EXPERT DISCLOSURE AND**
13  Litem, Isela Gonzalez, and KANANI          **DISCOVERY;**
    BOYD, a minor by and through her           **[CORRECTED PROPOSED]** ORDER
14  Guardian Ad Litem, Kamilah Boyd,

15              Plaintiffs,

16        vs.

17  CITY AND COUNTY OF SAN
    FRANCISCO, HEATHER J. FONG,
18  WILLIAM ELIEFF, GREGORY KANE,
    JAMES O'MALLEY, TIMOTHY PAINE,
19  STEVEN STEARNS, and DOES 1 TO 10,
    inclusive,
20
                Defendants.
21

22

23

24

25

26

27

28

1   WHEREAS, pursuant to the Court's Order, expert disclosure is currently scheduled for

2   March 22, 2007, rebuttal expert disclosure is due April 12, 2007 and the close of expert discovery is

3   May 8, 2007.

4   WHEREAS, due to the complexities of the issues concerning experts in this matter, the

5   parties stipulate to, and hereby request a short continuance of expert disclosure to March 30, 2007,

6   rebuttal expert disclosure to April 19, 2007, and the close of expert discovery to May 11, 2007.

7   WHEREAS, the parties are experiencing problems producing all expert reports by the current

8   deadline because of the press of business for certain experts and with respect to one defense expert, a

9   significant personal trauma, namely:  A very close family member of the expert passed away and

10  was to be cremated.  The person who was to perform the cremation badly mishandled the body

11  (along with a number of other bodies) resulting in significant decomposition of the body because the

12  body was sitting in a garage, unrefrigerated, for a significant period of time, unbeknownst to the

13  family.  This has caused significant emotional trauma and shock to the expert and has prevented the

14  expert from completing the report.  It will be extremely difficult, and perhaps impossible, for the

15  expert to complete the report by the current deadline.

16  WHEREAS, the requested continuance will not disturb the pretrial conference and trial dates

17  as presently set by the Court, and is in the interest of justice to all parties, particularly because the

18  current expert discovery cutoff (May 8) is already on the same day that motions in limine are due

19  (May 8);

20  AND WHEREAS the Court previously rejected a stipulation to extend expert discovery

21  deadlines, leading the parties to agree to a shorter extension (as embodied in this stipulation) to

22  address the Court's concerns;

23  **IT IS SO STIPULATED:**

24  LAW OFFICES OF VICKI SARMIENTO

25

26  DATED:  March 14, 2007        By:_____s/_____

27  VICKI SARMIENTO
    Attorney for Plaintiffs

28  ISABEL GONZALEZ AND KANANI BOYD

LAW OFFICES OF DALE GALIPO

DATED:  March 14, 2007                By:_____s/_____
                                            DALE GALIPO
                                            Attorney for Plaintiff
                                            MARYLON BOYD


                                            DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy
                                            BLAKE P. LOEBS
                                            SCOTT D. WIENER
                                            Deputy City Attorneys



DATED:  March 14, 2007                By:_____s/_____
                                            BLAKE P. LOEBS
                                            Attorneys for Defendants


**[PROPOSED] ORDER**


    Expert disclosure is continued to March 30, 2007, rebuttal expert disclosure to April 19, May 8, 2007, and the close of expert discovery is continued to ~~May 11~~, 2007.


Dated:_____March 14, 2007_____           _____
                                            HONORABLE MAXINE CHESNEY