1   LAW OFFICES OF VICKI I. SARMIENTO
    VICKI I. SARMIENTO, SBN 134047
2   333 North Garfield Avenue
    Alhambra, California  91801
3   Telephone:  (626) 308-1171

4
    SCHONBRUN, DeSIMONE, SEPLOW,
5   HARRIS & HOFFMAN
    PAUL HOFFMAN, SBN
6   723 Ocean Front Walk
    Venice, California 90291
7   Telephone:  (310) 396-0731

8   Attorneys for Minors Isabel Gonzalez and Kanani Boyd

9
    LAW OFFICES OF DALE K. GALIPO
10  DALE K. GALIPO, SBN 144074
    21800 Burbank Boulevard, Suite 310
11  Woodland Hills, California 91367
    Telephone:  (818) 347-3333
12

13  Attorneys for MARYLON BOYD

14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16

17  MARYLON BOYD, individually and as          Case No.:   C04-5459 MMC
    Executor of the Estate of CAMMERIN BOYD,
18  ISABEL GONZALEZ by her Guardian Ad
    Litem, Isela Gonzalez and KANANI BOYD,     **JOINT STIPULATION RE: DISMISSAL
19  by her Guardian Ad Litem, Kamilah Boyd,    OF  DEFENDANTS WILLIAM ELIEFF,
                                               GREGORY KANE AND STEVEN
20                                             STEARNS  AND WITHDRAWAL OF
                     Plaintiffs,               FOURTH CAUSE OF ACTION FROM
21        vs.                                  PLAINTIFFS' COMPLAINT;
                                               [PROPOSED] ORDER**
22  CITY OF SAN FRANCISCO, COUNTY OF SAN
    FRANCISCO, et. al.,
23
                     Defendants.
24

25       **IT IS HEREBY STIPULATED** by the parties, through their respective counsel, that

26  defendants WILLIAM ELIEFF, GREGORY KANE AND STEVEN STEARNS be dismissed
27

28                                          1
    _____
    JOINT STIPULATION RE: DISMISSAL OF DEFENDANTS WILLIAM ELIEFF, GREGORY KANE AND STEVEN STEARNS..

    Boyd v. City and County of San Francisco, et. al.; Case No:  C04-5459

1   from this action with prejudice, including any claims against the City and County of San

2
3   Francisco arising from any of the conduct of those officers.  **IT IS FURTHER STIPULATED**

4   that plaintiffs' fourth cause of action under the American with Disabilities Act ("ADA") be

5   dismissed with prejudice.

6
7   ///

8   ///
9
10  ///

11
    ///
12

13  ///

14
15  ///

16
17  ///

18
    ///
19

20
    ///
21

22
    ///
23

24
    ///
25

26
    ///
27

28

JOINT STIPULATION RE: DISMISSAL OF DEFENDANTS WILLIAM ELIEFF, GREGORY KANE AND STEVEN STEARNS..

Boyd v. City and County of San Francisco, et. al.; Case No:  C04-5459

1     Each party agrees that with respect to any request for costs and/or fees that may be

2 made in this matter, that request shall be made as if the dismissed claims were never a part of

3 this action.  In other words, no party shall make any request for costs and fees as a result of

4 these dismissals nor shall any party be permitted to argue that any costs or fees that may be

5 requested by any party with respect to litigating the remaining claims should be reduced or

6 increased because they were incurred in litigating the claims dismissed by this agreement.

7   **IT IS SO STIPULATED:**

8                                          **LAW OFFICES OF VICKI I. SARMIENTO**

9

10

11   DATED:  March 30, 2007            _____

12                                          VICKI I. SARMIENTO
                                           Attorney for Plaintiffs Gonzales and Kanani Boyd

13

14   DATED:  March 30, 2007            **LAW OFFICES OF DALE K. GALIPO**

15

16

17                                          _____
                                           DALE K. GALIPO

18                                          Attorneys for Plaintiff Marylon Boyd

19

20   DATED:  _____            **DENNIS J. HERRERA**

21                                          **City Attorney**
                                           **JOANNE HOEPER**

22                                          **Chief Trial Deputy**
                                           **BLAKE P. LOEBS**

23                                          **Deputy City Attorneys**

24

25

26                                          By:_____

27                                              BLAKE P. LOEBS
                                             Attorneys for Defendants

28
                                                  3
JOINT STIPULATION RE: DISMISSAL OF DEFENDANTS WILLIAM ELIEFF, GREGORY KANE AND STEVEN STEARNS..

Boyd v. City and County of San Francisco, et. al.; Case No:  C04-5459

1

2

### [PROPOSED] ORDER

      Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that defendants

3

4

William Eileff, Gregory Kane, and Steven Stearns, and any claims against the City and County

5

of San Francisco arising from any of the conduct of those officers, be dismissed with

6

prejudice.

7

8

      **IT IS FURTHER ORDERED** that plaintiffs' fourth cause of action for violations under

9

the American with Disabilities Act be dismissed with prejudice.

10

11

12

DATED:  ___April 6, 2007____              _____\

                                     HONORABLE MAXINE M. CHESNEY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: DISMISSAL OF DEFENDANTS WILLIAM ELIEFF, GREGORY KANE AND STEVEN STEARNS..

Boyd v. City and County of San Francisco, et. al.; Case No:  C04-5459