IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | No. C-04-5459 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST**<br><br>(Docket No. 235) |

　　　Before the Court is defendants' miscellaneous administrative request, filed May 9, 2007, for permission to bring various items into the courthouse for use at trial. Although the Court has no objection to the first six items on defendants' list, the seventh and final item on that list is a .45 caliber semi-automatic pistol, which defendants seek to bring into the courthouse without restriction. The Court will not permit defendants to bring a firearm into the courthouse under such conditions.

　　　Accordingly, defendants' miscellaneous administrative request is hereby GRANTED in part and DENIED in part, as follows:

　　　1. To the extent defendants seek permission to bring a laptop computer, television set, VCR, oversized projector screen, extension cords, and projector into the courthouse for use at trial, the motion is hereby GRANTED.

　　　2. To the extent defendants seek permission to bring the above-referenced firearm into the courthouse, the motion is hereby DENIED, without prejudice to defendants'

1  submitting an amended request, after consultation with the U.S. Marshal, setting forth
2  appropriate security measures with respect to the use of said firearm at trial.
3      This order terminates Docket No. 235.
4  **IT IS SO ORDERED.**
5  Dated: May 10, 2007            MAXINE M. CHESNEY
                                        United States District Judge