IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al., | No. C-04-5459 MMC |
| Plaintiffs, | **ORDER RE: JUNE 5, 2007 LETTER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Before the Court is defendants' letter, dated June 5, 2007, seeking relief for an asserted violation of a protective order. The Court generally does not act on letter requests. Consequently, if defendants wish to obtain relief from the Court, they must do so by means of a motion noticed and filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district.

**IT IS SO ORDERED.**

Dated: June 7, 2007

MAXINE M. CHESNEY
United States District Judge