United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLON BOYD, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C-04-5459 MMC

**ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' TENTH MOTION IN LIMINE**

(Docket No. 284)

---

Before the Court is defendants' administrative motion, filed June 7, 2007, to seal plaintiffs' opposition to defendants' tenth motion in limine, on the ground that plaintiffs have violated a protective order by filing an unsealed brief that describes police personnel records. Pursuant to Civil Local Rule 7-11, any opposition was due no later than June 12, 2007. No opposition has been filed.

For good cause shown, the motion is hereby GRANTED. The Clerk is hereby DIRECTED to delete from the electronic case filing system Plaintiffs' Joint Opposition to Defendants' Motions in Limine (Docket No. 263). No later than June 18, 2007, plaintiffs shall (1) refile said document electronically, redacting their opposition to defendants' tenth motion in limine, and (2) manually file an unredacted copy of said document for filing under seal, in accordance with Civil Local Rule 79-5(c)(3). Plaintiffs shall take steps to file under seal, pursuant to Civil Local Rule 79-5, any future filings or portions thereof that contain

1 | Confidential Official Information, as defined in the protective order entered February 1, 2006.

This order terminates Docket No. 282.

**IT IS SO ORDERED.**

Dated: June 13, 2007

MAXINE M. CHESNEY
United States District Judge