IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLON BOYD, et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C-04-5459 MMC

**ORDER SETTING FURTHER PRETRIAL CONFERENCE**

    The Pretrial Conference is hereby CONTINUED for further proceedings to July 12, 2007 at 9:00 a.m., during which the Court will, <u>inter alia</u>, conduct a hearing pursuant to <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993), with respect to the testimony of Emily A. Keram, M.D.

    **IT IS SO ORDERED.**

Dated: June 21, 2007

MAXINE M. CHESNEY
United States District Judge