```
 1  LAW OFFICES OF VICKI I. SARMIENTO
    VICKI I. SARMIENTO, SBN 134047
 2  333 North Garfield Avenue
    Alhambra, California 91801
 3  Telephone: (626) 308-1171
    Facsimile: (626) 308-1101
 4
    Attorneys for ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem,
 5  Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem,
    Kamilah Boyd,
 6
 7
 8
                         UNITED STATES DISTRICT COURT
 9
                        NORTHERN DISTRICT OF CALIFORNIA
10
11
    MARYLON BOYD, for herself and as       )  Case No. C 04-5459 MMC
12  Executor of the Estate of CAMMERIN     )
    BOYD, deceased, ISABEL GONZALEZ, a     )
13  minor by and through her Guardian Ad   )
    Litem, Isela Gonzalez, and KANANI BOYD,)
14  a minor by and through her Guardian Ad )  **SUBSTITUTION OF ATTORNEY;**
    Litem, Kamilah Boyd,                   )  **[PROPOSED] ORDER**
15                              Plaintiffs )
                  v.                       )
16                                         )
    CITY OF SAN FRANCISCO, COUNTY OF)
17  SAN FRANCISCO, WILLIAM ELIEFF,         )
    GREGORY KANE, JAMES O'MALLEY,          )
18  TIMOTHY PAINE, STEVEN STEARNS,         )
    and DOES 1 to 10, inclusive,           )
19                              Defendants.)
    _____)
20
21       I, Kamilah Boyd, Guardian Ad Litem for Kanani Boyd, hereby substitute attorney
22  Dale K. Galipo, located at 21800 Burbank Blvd., Suite 310, Woodland Hills, California
23  91367, telephone number (818) 347-3333, as my attorney of record in the above-entitled
24  case in place and instead of the attorneys Vicki I. Sarmiento and Paul L. Hoffman of
25  Schonbrun Desimone Seplow Harris & Hoffman LLP.
26  ///
27  ///
28  ///
```

The following parties agree to the substitution.

                                            Substituting Party:

Dated: June 15, 2007                      ____/s/_____
                                            Kamilah Boyd, Guardian ad Litem for
                                            Kanani Boyd

Dated: June 25, 2007                      New Counsel of Record:

                                            ____/s/_____
                                            DALE K. GALIPO, Attorney for
                                            Plaintiff

Dated: June 4, 2007                        <u>Prior Counsel</u>

                                            LAW OFFICES OF VICKI I. SARMIENTO
                                            SCHONBRUN DESIMONE SEPLOW
                                            HARRIS & HOFFMAN LLP


                                            ____/s/_____
                                            VICKI I. SARMIENTO, Esq.

2

SUBSTITUTION OF ATTORNEYS
Boyd vs. CCSF; Case No. 04-5459

1  **IT IS SO ORDERED:**

2  Substitution of Attorney is hereby approved.

3

4  DATED: __June 26, 2007__                    _/s/ Maxine M. Chesney_____

HONORABLE MAXINE CHESNEY