1   LAW OFFICES OF VICKI I. SARMIENTO
    VICKI I. SARMIENTO, SBN 134047
2   333 North Garfield Avenue
    Alhambra, California 91801
3   Telephone: (626) 308-1171
    Facsimile: (626) 308-1101
4
    Attorneys for ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem,
5   Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem,
    Kamilah Boyd
6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  MARYLON BOYD, for herself and as      )   Case No.  04-5459 MMC
12  Executor of the Estate of CAMMERIN    )
    BOYD, deceased, ISABEL GONZALEZ, a    )
13  minor by and through her Guardian Ad  )
    Litem, Isela Gonzalez, and KANANI BOYD,)   SUBSTITUTION OF ATTORNEY;
14  a minor by and through her Guardian Ad )   [PROPOSED] ORDER
    Litem, Kamilah Boyd,                  )
15                           Plaintiffs   )
                  v.                      )
16                                        )
    CITY OF SAN FRANCISCO, COUNTY OF )
17  SAN FRANCISCO, WILLIAM ELIEFF,        )
    GREGORY KANE, JAMES O'MALLEY,         )
18  TIMOTHY PAINE, STEVEN STEARNS,        )
    and DOES 1 to 10, inclusive,          )
19                           Defendants.  )
    _____  )
20

21          I, Isela Gonzalez, Guardian ad Litem for Isabel Gonzalez, hereby substitute

22  attorney Dale K. Galipo, located at 21800 Burbank Blvd., Suite 310, Woodland Hills,

23  California 91367, telephone number (818) 347-3333, as my attorney of record in the

24  above-entitled case in place and instead of the attorneys Vicki I. Sarmiento and Paul L.

25  Hoffman of Schonbrun Desimone Seplow Harris & Hoffman LLP.

26  ///

27  ///

28

                                        1
                          ─────────────────────────────

1        The following parties agree to the substitution.

2

3                                        Substituting Party:

4

5    Dated: July 9, 2007                ____/S/_____
                                        ISELA GONZALEZ, Guardian ad Litem
6                                       for Isabel Gonzalez

7

8

9    Dated: July 9, 2007                New Counsel of Record:

10

11                                      ____/S/_____
                                        DALE K. GALIPO, Attorney for
12                                      Plaintiff Isela Gonzalez, Guardian ad Litem
                                        for Isabel Gonzalez
13

14
     Dated: July 9, 2007                Prior Counsel:
15
                                        LAW OFFICES OF VICKI I. SARMIENTO
16                                      SCHONBRUN DESIMONE SEPLOW
                                        HARRIS & HOFFMAN LLP
17

18

19                                      ___/S/_____
                                        VICKI I. SARMIENTO, ESQ.
20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS

Boyd vs. CCSF; Case No. 04-5459

1

**IT IS SO ORDERED:**

2
     Substitution of Attorney is hereby approved.

3

4     DATED: _____July 10, 2007_____          HONORABLE MAXINE CHESNEY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Boyd vs. CCSF; Case No. 04-5459