IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al., | No. C-04-5459 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO CHANGE TRIAL TIME LIMITS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Before the Court is defendants' Administrative Motion to Change Trial Time Limits Previously Set by Court, filed July 24, 2007. No opposition has been filed. See Civ. L.R. 7-11(b) (providing response to motion for administrative relief shall be filed no later than third day after such motion is filed). Accordingly, the Court deems the matter submitted and rules as follows. See Civ. L.R. 7-11(c) (providing motion may be deemed submitted without hearing on day after opposition due).

Each party previously was given 50 hours within which to try the case, said hours to include opening statement, direct examination and cross-examination, but not closing argument. By the instant motion defendants seek a total of 80 hours per side, "based on a conservative estimate," (see Mot. at 12), of 93.25 hours, said 93.25 hours comprising 2 hours for opening statement and 91.25 hours for examination of witnesses.

Having read and considered the motion, the Court finds defendants have

overestimated their need for direct and cross-examination by at least 42%.[1]  A reduction by that percentage results in a balance of 53 hours (91.25 hours x .58 = 52.925 hours) for examination of witnesses.  Those hours coupled with the 2 hours defendants allocated to opening statement results in a total of 55 hours.[2]

      Accordingly, defendants' motion is hereby GRANTED in part and DENIED in part as follows:

      1.  The motion is GRANTED to the extent each side may have an additional 5 hours in which to try the case.

      2.  In all other respects, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 31, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court makes no determination with respect to the time defendants have allotted for opening statement.

[2] Defendants are not required by this order to allocate the 55 hours in any particular manner, however.  They may use those hours as they deem appropriate.

2