1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3868
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 04-5459 MMC<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11, FOR ORDER DIRECTING FEDERAL SECURITY SERVICES AND/OR FEDERAL MARSHAL'S SERVICE TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT; [PROPOSED] ORDER**<br><br>Trial Date:　　　　　August 9, 2007 |

　　　Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendant City and County of San Francisco seeks an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO LOCAL RULE 7-11              1                          n:\lit\li2005\041651\00430094.doc
CASE NO. 04-5459 MMC

Defendants request admission into the Federal Courthouse of the following:

1. Laptop computer;
2. Television set;
3. Television Stand;
4. DVD player;
5. Oversized Projector Screen;
6. Extension cords;
7. Projector;

Defendants also request that admission be granted to FreeWheelin' Attorney Services, who will be delivering the following equipment to the Federal Courthouse:

8. Television Set
9. Television Stand
10. Light Box (to read x-rays).

Dated: August 7, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
SCOTT D. WIENER
ERIN BERNSTEIN
Deputy City Attorneys

By: s/_____
BLAKE P. LOEBS
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

**O R D E R**

IT IS SO ORDERED.

Dated: August 8, 2007

_____
Judge Maxine M. Chesney
United States District Court

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO LOCAL RULE 7-11
CASE NO. 04-5459 MMC

2

n:\lit\li2005\041651\00430094.doc