DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
SCOTT D. WIENER, State Bar #189266
ERIN B. BERNSTEIN, State Bar #231539
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3868
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>   Defendants. | Case No. 04-5459 MMC<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11, FOR ORDER DIRECTING FEDERAL SECURITY SERVICES AND/OR FEDERAL MARSHAL'S SERVICE TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT; [PROPOSED] ORDER**<br><br>Trial Date:           August 9, 2007 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendant City and County of San Francisco seeks an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

Defendants request admission into the Federal Courthouse of the following:

    1.  One hand-held tape playing device with incidental recording feature.

Defendants do not intend to utilize the recording feature of the device during court proceedings or while in the courthouse. The device is intended and will be utilized solely for the purpose of playing audio cassettes.

Dated: August 21, 2007

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Attorney
                              BLAKE P. LOEBS
                              SCOTT D. WIENER
                              ERIN BERNSTEIN
                              Deputy City Attorneys


                          By: s/
                              ERIN BERNSTEIN
                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO, ET AL.
```

**O R D E R**

IT IS SO ORDERED.

Dated: August 21, 2007

_____
Judge Maxine M. Chesney
United States District Court