1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   SCOTT D. WIENER, State Bar #189266
4  ERIN B. BERNSTEIN, State Bar #231539
   Deputy City Attorneys
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4283
   Facsimile:     (415) 554-3837
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, et al.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd, | Case No. 04-5459 MMC

**MISCELLANEOUS ADMINISTRATIVE MOTION FOR ORDER DIRECTING THE SAN FRANCISCO SHERIFF'S DEPARTMENT TO PRODUCE DEAIRES JEFFERSON IN COURT (L.R. 7-11); [PROPOSED] ORDER**

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,

Defendants.

---

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO LOCAL RULE 7-11
CASE NO.  04-5459 MMC

1

n:\lit\li2005\041651\00433150.doc

1     Pursuant to Local Rule 7-11 of the Northern District of California Civil Local Rules, defendant City and County of San Francisco seeks an order from the Court directing the San Francisco Sheriff's Department to produce DeAires Jefferson, a witness in the above action, in court for testimony at trial.  Defendants are informed that Mr. Jefferson is currently incarcerated in San Francisco County Jail.

    Defense counsel met and conferred with Plaintiffs' counsel, and Plaintiffs' counsel supports this request.

Dated:  August 22, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
SCOTT D. WIENER
ERIN BERNSTEIN
Deputy City Attorneys


By: _s/Scott D. Wiener_____
    SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

MISCELLANEOUS ADMINISTRATIVE REQUEST
PURSUANT TO LOCAL RULE 7-11
CASE NO.  04-5459 MMC

2

n:\lit\li2005\041651\00433150.doc

**ORDER**

The San Francisco Sheriff's Department ("Department") is hereby ordered to produce DeAires Jefferson (who is currently incarcerated in San Francisco County Jail) to testify in the trial of the above matter. The Department is ordered to produce Mr. Jefferson on Tuesday September 4, 2007, at 1 p.m. in the United States District Court for the Northern District of California, 450 Golden Gate Ave., 19th Floor, Courtroom 7.

Dated: August 22, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE