IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, JAMES O'MALLEY, and TIMOTHY PAINE,

    Defendants.

No. CV-04-5459 MMC

**JUDGMENT IN A CIVIL CASE**

    **(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the jury in the above entitled action unanimously find in favor of the defendants and against plaintiffs.

Dated: September 25, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk