IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants.<br>_____/ | No. C-04-5459 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

     Before the Court is plaintiff Kanani Boyd's application to proceed in forma pauperis on appeal, filed October 24, 2007.

     Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires that a party seeking to proceed in forma pauperis on appeal file an affidavit showing the party's "inability to pay or to give security for fees and costs," claiming "an entitlement to redress," and stating "the issues that the party intends to present on appeal."  See Fed. R. App. P. 24(a)(1).  Plaintiff fails to submit a statement of the issues she intends to present on appeal.

     Accordingly, the application to proceed in forma pauperis on appeal is DENIED.

**IT IS SO ORDERED.**

Dated: October 29, 2007

                                                    MAXINE M. CHESNEY
                                                    United States District Judge