IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-04-5459 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |

      Before the Court is defendants' motion to strike plaintiffs' Objections to Defendants' Bill of Costs, on the ground that said objections do not comply with the Local Rules of this District. Specifically, defendants assert that the objections are untimely and that plaintiffs, before filing said objections, did not meet and confer with defendants. No opposition has been filed.

      Objections to an item of cost contained in a bill of costs must be filed within 10 days after service of the bill of costs. See Civil L.R. 54-2(a) (providing that, "[w]ithin 10 days after service by any party of its bill of costs, the party against whom costs are claimed must serve and file any specific objections to any item of cost claimed in the bill"). Here, defendants served plaintiffs with the bill of costs on October 9, 2007. Plaintiffs, however, did not file objections thereto until December 7, 2007, almost two months later. Plaintiffs did not request leave to extend the time in which to file objections, nor have they offered any justification for their untimely filing or submitted any argument, let alone authority, to

support a finding that such late-filed objections should be considered.

Further, any objections to a bill of costs "must contain a representation that counsel met and conferred in an effort to resolve disagreement about the taxable costs claimed in the bill, or that the objecting party made a good faith effort to arrange such a conference." See Civil L.R. 54-2(b). Neither the Objections nor the accompanying Declaration of Marylon M. Boyd contain such a representation.

Accordingly, for the reasons set forth above, defendants' motion to strike is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge