EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| DAVID COOK, Esq. CSB: 060859 (877) 989 4730<br>Cook Collection Attorneys, PLC<br>165 Fell Street<br>San Francisco, CA 94102 5106<br><br>TELEPHONE NO.: (877) 989 4730    FAX NO. *(Optional):* (866) 989 0491<br>E-MAIL ADDRESS *(Optional):* DavidCook@CookCollectionAttorneys.Com<br>ATTORNEY FOR *(Name):* City and County of San Francisco<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: United States District Court
MAILING ADDRESS: Northern District of California
CITY AND ZIP CODE: 450 Golden Gate Avenue
BRANCH NAME: San Francisco, CA 94102

PLAINTIFF: MARYLON BOYD

DEFENDANT: CITY AND COUNTY OF SAN FRANCISCO

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                     [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C 04 5459 MMC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** NORTHERN DISTRICT OF CALIFORNIA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* CITY AND COUNTY OF SAN FRANCISCO
   is the [ ] judgment creditor [ ] assignee of record    whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*
   MARYLON BOYD
   2201 Broadway, Suite 815
   Oakland, CA 94612

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):*
   June 4, 2008
6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.
   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 120,078.54
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $     -0-
13. Subtotal *(add 11 and 12)* ......... $ 120,078.54
14. Credits .................... $     -0-
15. Subtotal *(subtract 14 from 13)* ....... $ 120,078.54
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $     -0-
17. Fee for issuance of writ ............ $     -0-
18. **Total** *(add 15, 16, and 17)* .......... $ 120,078.54
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ....... $ 7.03 per day
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ............ $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* 8/20/08    Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.JuriSearch.com