IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-04-5459 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION FOR ASSIGNMENT OF RIGHTS AND APPLICATION FOR ORDER FOR APPEARANCE AND EXAMINATION** |

    Pursuant to Civil Local Rule 72-1, defendant City and County of San Francisco's "Motion for Assignment of Rights, Restraining Order and Turnover Rights," as well as its Application for an Order to Appear for Examination, each filed August 20, 2008, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED.**

Dated: August 25, 2008

                                                     MAXINE M. CHESNEY<br>                                                   United States District Judge

---

[1] The September 26, 2008 hearing date before the undersigned is VACATED.