IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, et al., | No. C-04-5459 MMC |
| Plaintiffs, | **ORDER OF REFERRAL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, the following three matters, each filed August 26, 2008, and all further post-judgment collection matters in the above-titled action, are hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, the Magistrate Judge to whom the Court has previously referred two post-judgment collection matters: (1) defendant City and County of San Francisco's ("CCSF") "Application and [Proposed] Order for Appearance and Examination"; (2) CCSF's "Application for Issuance of Order Permitting Levy Upon Wages of Non-debtor Spouse"; and (3) plaintiffs' "Ex Parte Application for Order Staying and Enjoining Enforcement of Judgment of Costs Pending Hearing on Plaintiffs' Motion to Stay and/or Enjoin Enforcement of Judgment of Costs Pending Appeal; and, Pending Defendants' Motion for Assignment of Rights and Application of Examination and Other Motions."

1  The parties will be advised of the next appearance, if any, by Judge Laporte's
2  chambers.
3  **IT IS SO ORDERED.**
4  Dated: August 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge